# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3581
_____

CITY OF GAINESVILLE and
UNDERWRITERS SAFETY &
CLAIMS INC.,

    Appellants,

    v.

NICOLE S. MARSHALL,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident: May 13, 2016.

March 13, 2018

PER CURIAM.

    AFFIRMED.

WOLF and WETHERELL, JJ., and FORST, ALAN O., ASSOCIATE
JUDGE, concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Tracey J. Hyde of McConnaughhay, Coonrod, Pope, Weaver &
Stern, P.A., Panama City; and Laura A. Buck of McConnaughhay,
Coonrod, Pope, Weaver & Stern, P.A., Gainesville, for Appellants.

Matthew Carrillo of Carrillo & Carrillo, P.A., Gainesville, for
Appellee.